IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 1:13-cv-00879-GBL-TRJ |
| v. | ) ) ) |
| TL HILL CONSTRUCTION, LLC, | ) ) |
| Defendant. | ) |

## ORDER & FINAL JUDGMENT

Upon consideration of the March 28, 2014 Amended Report and Recommendation of United States Magistrate Judge Jones (Doc. 27), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Jones;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 19) is **GRANTED**;

**IT IS FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiffs Boards of Trustees of the Sheet Metal Workers' National Pension Fund ("NPF"), the Sheet Metal Workers' National Supplemental Savings Plan ("NSSP"), the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), the National Energy Management Institute Committee ("NEMI"), the Sheet Metal Occupational Health Institute Trust Fund ("SMOHIT"), the Sheet Metal Workers' International Association Scholarship Fund ("Scholarship Fund"), and the Stabilization Agreement for the Sheet Metal Industry ("SASMI"),

and against Defendant TL Hill Construction, LLC pursuant to Rule 58 of the Civil Rules of Procedure;

**IT IS FURTHER ORDERED** that Plaintiffs shall recover from Defendant TL Hill Construction, LLC a total of $16, 171.07 in delinquent contributions, interest, liquidated damages, and late fees as represented in the chart below. In addition, Plaintiffs shall recover from Defendant TL Hill Construction, LLC $10,0662.00 in attorneys' fees and $1,059.70 in costs.

| Funds | Contributions | Interest[1] | Liquidated Damages | Late Fees | TOTAL |
|---|---|---|---|---|---|
| NPF | $8,392.39 | $578.82 | $1,678.45 | $1,124.11 | *$11,773.77* |
| NSSP | $1,503.54 | $100.36 | $300.70 | $94.99 | *$1,999.59* |
| ITI | $179.19 | $11.97 | $35.81 | $52.56 | *$279.53* |
| NEMI | $44.77 | $2.99 | $8.93 | $13.06 | *$69.75* |
| SMOHIT | $29.86 | $2.00 | $5.95 | $8.74 | *$46.55* |
| Scholarship Fund | $14.95 | $1.00 | $2.98 | $1.14 | *$20.07* |
| SASMI | $1,483.67 | $99.56 | $296.71 | $101.87 | *$1,981.81* |
| TOTAL | $11,648.37 | $796.70 | $2,329.53 | $1,396.47 | $16,171.07 |

| Total Amount Due | |
|---|---|
| Delinquent Contributions | $11,648.37 |
| Interest | $796.70 |
| Liquidated Damages | $2,329.53 |
| Late Fees | $1,396.47 |
| Attorneys' Fees | $10,662.00 |
| Costs | $1,059.70 |
| Total | $27,892.77 |

**IT IS SO ORDERED.**

ENTERED this ____ day of April 2014.

Alexandria, Virginia
4/18/2014

/s/
Gerald Bruce Lee
United States District Judge

---

[1] Interest calculated on the delinquent contributions from the date due through December 23, 2013.